UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND USHER,<br><br>   Plaintiff,<br><br>  v.<br><br>GREENPOINT MORTGAGE FUNDING, INC.; RELIABLE TRUST DEED SERVICES; and VANDERBILT MORTGAGE & FINANCE, INC.,<br><br>   Defendants. | No. 2:10-cv-00952-GEB-CKD<br><br>**ORDER DENYING PLAINTIFF'S SECOND MOTION TO VACATE JUDGMENT** |

On June 13, 2016, Plaintiff filed a second motion to vacate the judgment entered on February 2, 2011. (ECF Nos. 31, 59.) This case has been closed since 2011.

Plaintiff again fails to demonstrate that he is entitled to relief from the judgment, and Plaintiff's second motion to vacate the judgment is therefore DENIED. "No further filings shall be accepted in this closed case." Muhammad v. Cordova, 234 F. App'x 553 (9th Cir. 2007).

Dated:  June 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1